**Motion Granted; Appeal Dismissed and Order filed September 24, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00271-CV

**ASR 2620-2630 FOUNTAINVIEW, LP, FOUNTAINVIEW PARK PLAZA, LLC, AND ASRP INVESTMENTS, LLC, Appellants**

**V.**

**ASR 2620-2630 FOUNTAINVIEW GP, LLC, AMERICAN SPECTRUM OPERATING PARTNERSHIP LP, AMERICAN SPECTRUM REALTY, INC., AND AMERICAN SPECTRUM REALTY MANAGEMENT, LLC, Appellees**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2013-25806**

## ORDER

This court issued an opinion modifying the trial court's judgment and affirming as modified on February 7, 2019.

On April 23, 2019, the parties notified this court that they had reached an agreement to settle the case. We removed the case from this court's active docket to

permit the parties to finalize their settlement agreement. On September 16, 2019, appellants filed a motion to dismiss the appeal because the settlement has been finalized. We grant appellants' motion to dismiss.

We already have issued an opinion in this appeal, and we decline to withdraw the opinion already issued. Tex. R. App. P. 42.1(c); *see Houston Cable TV, Inc. v. Inwood West Civic Ass'n*, 860 S.W.2d 72, 73 (Tex. 1993).

We reinstate the appeal and withdraw our judgment, dated February 7, 2019, and in its place we issue a judgment dismissing the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Bourliot and Poissant.